UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| **CHARLES RAMSEY, JR.,** : | |
| Petitioner : | |
| : | |
| v. : | File No. 1:02-CR-102-01 |
| : | |
| **UNITED STATES OF AMERICA,** : | |
| Respondent : | |

## ORDER

The Magistrate Judge's Report and Recommendation was filed June 8, 2005 (Paper 63).  After de novo review and absent objection, the Report and Recommendation is AFFIRMED, APPROVED and ADOPTED.  See 28 U.S.C. § 636(b)(1).  The Court hereby transfers the instant action to the United States District Court for the Middle District of Pennsylvania pursuant to 28 U.S.C. § 1404.

WHEREFORE, it is hereby

ORDERED, that the Clerk of Court transfer this action to the United States District Court for the Middle District of Pennsylvania; and it is further

ORDERED, that ten (10) days after the date of the service of this Order, the Clerk shall mail to the Clerk of the United States District Court for the Middle District of Pennsylvania certified copies of this Order, the docket entries in this case, the originals of all papers on file in this case except for the instant Order; and copies of Papers 56 through 63; and it is further

ORDERED, that the Clerk serve a copy of this Order on the Petitioner by regular mail.

SO ORDERED.

Dated at Brattleboro, Vermont this 5th day of July, 2005.

                    /s/ J. Garvan Murtha
                    J. Garvan Murtha
                    United States District Judge